EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT   3753
Assistant U.S. Attorney

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 3 2004

at __/__ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CP04-00394 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 18 U.S.C. § 2252A |
| | ) | [Child Pornography] |
| RONALD SCHAEFFER, | ) | |
| Defendant. | ) | |

ATTEST: A True Copy

WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about May 28, 2004, in the District of Hawaii,

RONALD SCHAEFFER did knowingly possess materials, namely,

computer hard drives, floppy diskettes and compact disks, which

contained images of child pornography, that is, digital images,

computer images and computer-generated images that are, and are

indistinguishable from, those of minors engaged in sexually explicit conduct, and which images had been transported in interstate and foreign commerce by any means, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252A(a)(5).

COUNT 2

The Grand Jury further charges:

On or about May 28, 2004, at his residence, within the District of Hawaii, RONALD SCHAEFFER did knowingly possess materials, namely, photographs, which contained images of child pornography, that is, images, computer images, and computer-generated images that are, and are indistinguishable from, those of minors engaged in sexually explicit conduct, and which images had been transported in interstate and foreign commerce by any means, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252A(a)(5).

SENTENCING ALLEGATIONS

The Grand Jury makes the following sentencing allegations:

1.   Defendant RONALD SCHAEFFER possessed materials which involved a prepubescent minor, or a minor under the age of twelve years.

2.   Defendant RONALD SCHAEFFER's possession of the materials resulted from his use of a computer.

3.   The offenses involved the possession of six hundred or more images involving the sexual exploitation of minors.

Dated:   Honolulu, Hawaii, ___OCT 1 3 2004___.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Ronald Schaeffer
Cr. No. _____
"Indictment"

3