**ORIGINAL**

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-mail:       shanlyn_park@fd.org

Attorney for Defendant
RONALD SCHAEFFER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at _9_ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

FEB 2 3 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. 04-00394 DAE |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER TO |
| ) | AMEND CONDITIONS OF |
| vs.  ) | PRETRIAL RELEASE FOR |
| ) | DEFENDANT TO TRAVEL |
| RONALD SCHAEFFER,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

## STIPULATION AND ORDER TO
## AMEND CONDITIONS OF PRETRIAL RELEASE
## FOR DEFENDANT TO TRAVEL

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant RONALD SCHAEFFER be allowed to travel to Newport, North Carolina, to reside with his daughter, Myranda Bailey, until his Court-ordered self-surrender date at his designated facility.  Defendant will be

traveling to Newport, North Carolina, on February 24, 2006. Pretrial Services shall be provided with a copy of his itinerary and contact information.

All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, February 23, 2006.

_____
SHANLYN A.S. PARK
Attorney for Defendant
RONALD SCHAEFFER

_____
LAWRENCE L. TONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ALISON G.K. THOM
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, FEB 24 2006.

_____
The Honorable DAVID A. EZRA
United States District Judge
District of Hawaii

UNITED STATES v. RONALD SCHAEFFER
CR. NO. 04-00394 DAE
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL